# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 06-56M** |
| | : | |
| **v.** | : | |
| | : | |
| **SANDRA CHESTON,** | : | **VIOLATION:** |
| | : | |
| | : | **18 U.S.C. § 2314** |
| **Defendant** | : | **(Interstate Transportation of Stolen** |
| | : | **Property)** |

# INFORMATION

The United States Attorney informs the Court that:

1.      At all times material to this Information, defendant SANDRA CHESTON was employed as a bookkeeper for the Army Distaff Foundation (hereinafter referred to as "ADF") in Washington, D.C.

2.      At all times material to this Information, the ADF was a facility which provided housing to retired military officers and/or to their surviving spouses. The campus of ADF was located at 6200 Oregon Avenue, NW in Washington, D.C. The campus housed independent living apartments, assisted living apartments and a nursing home.

3.      ADF held several bank accounts for operational purposes. One of the bank accounts, the "ADF/Knollwood" account, was held at Chevy Chase Bank in Washington, D.C. defendant SANDRA CHESTON was one of four people who had signature authority on that account. In order for the bank to cash a check on this account, two of the four authorized signatures were required.

4.      The ADF campus also housed a convenience store called the "Little Store". As part

of defendant SANDRA CHESTON's fidicuary duty, she was required to collect the daily cash collected at the store and deposit it into the operating account held at Bank of America in Washington, D.C.

    3.    At all times material to this Information, defendant SANDRA CHESTON forged several checks and cashed them at the Chevy Chase Bank in Washington, D.C., and then transported the cash to Laurel, Maryland.

    4.    At all times material to this Information, instead of depositing the cash from the "Little Store" into the operating account at the Bank of America, defendant SANDRA CHESTON, stole $25,000 from the "Little Store", and then replaced the cash with "ADF/Knollwood" checks.

    5.    From in or about 2003 to in or about 2005, defendant SANDRA CHESTON did cause stolen funds, in the amount of $43,833.00, to be transported in interstate commerce, knowing the same to have been taken by forgery and theft.

**(Interstate Transportation of Stolen Property, in Violation of
18 United States Code, Section 2314).**

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____

JULIEANNE HIMELSTEIN
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417136
555 4th Street, N.W., Room 5832
Washington, DC 20530
(202) 514-8203