UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-122 |
| v. | : | 06mj56 |
| SANDRA CHESTON, | : | FILED |
| Defendant. | : | MAY 9 2006 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant SANDRA CHESTON, and the United States agree and stipulate as follows:

The defendant is charged by information with a violation of Title 18, United States Code, Section 2314 (interstate transportation of stolen property).

At all times relevant to this offense, SANDRA CHESTON (hereinafter referred to as "CHESTON"), was employed as a bookkeeper for the Army Distaff Foundation (hereinafter referred to as "ADF") in Washington, D.C. ADF is a facility which provides housing to retired military officers and or their surviving spouses. The campus of ADF is located at 6200 Oregon Avenue, NW, in Washington, D.C. The campus houses independent living apartments, assisted living apartments and a nursing home. ADF held several bank accounts for operational purposes. One of the bank accounts, the "ADF/Knollwood" account, was held at Chevy Chase Bank. That account contained Medicaid and other deposits from residents of ADF and was used to assist residents with rental payments and other personal expenses. CHESTON was one of four people who had signature authority on that account. However, in order for a check to be cashed, two of the four authorized persons need to sign. A second account, the "Little Store" account, was held at the Bank of America. That account was used to operate the business capital for a

convenience store located on the ADF campus called the "Little Store".

Between in or about April, 2004 and August, 2005, CHESTON took several checks, signed her name on the check and then forged the signature of a second authorized person on the check. CHESTON then cashed the checks at Chevy Chase Bank in Washington, D.C. CHESTON then transported the cash to her home in Laurel, Maryland. The total loss figure for the forged checks was $17,021.02.

As part of her fiduciary responsiblity, CHESTON was required to collect the daily bank deposits from the "Little Store" and deposit them in to the operating account held at the Bank of America. Between in or about 2003 and 2005, instead of depositing the cash into the "Little Store" account, CHESTON, stole the cash totaling $25,000. CHESTON then replaced the stolen cash with $25,000 worth of "ADF/Knollwood" checks. CHESTON transported the cash from the "Little Store" to Laurel, Maryland.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
JULIEANNE HIMELSTEIN
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417136
555 4th Street, N.W., Room 5832
Washington, DC 20530
(202) 514-8203

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Statement of Offense was served upon Rita Bosworth, Esquire, on May 4, 2006.

_____
Julieanne Himelstein
ASSISTANT UNITED STATES ATTORNEY

3