## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-122 |
| | : | |
| v. | : | |
| | : | |
| SANDRA CHESTON, | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Julieanne Himelstein, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Julieanne Himelstein
Assistant United States Attorney
Federal Major Crimes, Bar No. 417136
555 4th Street, NW,  Room 4832
Washington, DC 20530
(202) 514-8203