UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

SANDRA CHESTON

Criminal No. 06-122

## WAIVER OF INDICTMENT

I, **SANDRA CHESTON**, the above named defendant, who is accused of:

18 USC 2314 - Interstate Transportation of Stolen Property

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on _May 18, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
GLADYS KESSLER
United States District Judge