FILED
MAY 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
:
v. : Criminal No. 06-122(GK)
:
SANDRA CHESTON, :
:
Defendant. :
_____ :

### ORDER

It is hereby this 18th day of May, 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Aug 1, 2006, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Aug 4, 2006 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on Aug 9, 2006 at 10 am.

IT IS SO ORDERED.

Gladys Kessler
U.S. District Judge