UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Criminal No. 06-122 (GK)** |
| ) | |
| **SANDRA CHESTON,** ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion To Modify Sentence In Order To Technically Comply With The United States Sentencing Guidelines, it is this _____ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Ms. Cheston's sentence shall be modified to: 3 years of probation, with a condition of probation that 6 months will be served on home confinement, and it is further

**ORDERED** that all other conditions of Ms. Cheston's sentence will remain the same.

_____
HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE