UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-122 (GK) |
| | ) | |
| SANDRA CHESTON, | ) | |
| | ) | |

**FILED**
AUG 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of Defendant's Consent Motion To Modify Sentence In Order To Technically Comply With The United States Sentencing Guidelines, it is this ___ day of August, 2006, hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Ms. Cheston's sentence shall be modified to: 3 years of probation, with a condition of probation that 6 months will be served on home confinement, and it is further

**ORDERED** that all other conditions of Ms. Cheston's sentence will remain the same.

HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE