IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Cr. No. 06-122 (GK) | |
| v. ) | | |
| ) | | |
| SANDRA CHESTON ) | | |
| ) | | |

**DEFENDANT'S MOTION FOR THE COURT TO ORDER THE PROBATION OFFICE
NOT TO REPORT DEFENDANT'S CONVICTION TO HER EMPLOYER**

Sandra Cheston, through undersigned counsel, hereby requests that the Court order the probation office to decline to report her conviction to her employer, and states in support the following:

1. On May 18, 2006, Ms. Cheston pled guilty to one count of Interstate Transportation of Stolen Property, in violation of 18 U.S.C. § 2314. On August 9, 2006, this Court sentenced Ms. Cheston to a period of probation of 3 years, with a condition of probation that 6 months be served in home confinement.

2. As a condition of Ms. Cheston's probation, she is "prohibited from working in a capacity which gives her access to financial accounts and or finances in any shape or form." See Ex. 1, Judgment and Commitment.

3. In accordance with the aforementioned condition, Ms. Cheston has secured employment at Montgomery Therapy, LLC, as a Medicare Specialist. Her job requires her to review medical records and medical codes to ensure that documentation is complete and accurate. See Ex 2, Job Description. Her job does NOT give her access to any financial accounts or finances in any shape or form.

4. Despite the fact that Ms. Cheston does not have access to any financial accounts or

finances, probation officer Danny Thomas has indicated that he intends to inform Ms. Cheston's employer of her conviction.

5. Ms. Cheston has informed Mr. Thomas that she will lose her job if he reports to them, thus putting her family in financial jeopardy and preventing her from paying her restitution in this case.

6. Given that Ms. Cheston is not violating any conditions of her probation, and given the serious consequences for Ms. Cheston, her family, and the victim in this case that will follow if Ms. Cheston loses her job, Ms. Cheston respectfully requests that the Court order the probation office not to report her conviction to her employer.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500