# MONTGOMERY THERAPY
## LLC

*Specializing in Physical Therapy & Pulmonary Rehabilitation*

## JOB DECRIPTION

**Job Title**: Medicare Specialist
**Reports to**: President
**Status**: Exempt
**Prepared Date**: January, 2001

**ESSENTIAL DUTIES AND RESPONSIBILITIES** include the following.

Review and analyze medical records to assure the record is complete and accurate, includes signatures and supporting documentation, and meets the requirements for Medicare. Ensure the timely completion of documentation requested by Medicare. (see the attached list usually requested by Medicare)

Assign CPT procedures codes, ICD-9CM diagnosis codes, HCPCS II codes and modifiers based on documentation. Review and resolve coding errors.

Identify opportunities to reduce denials. Research and follow-up on denials.

Provide on going in service training for staff on proper coding guidelines, medicare regulations, medical records and physician documentation and signature requirements.

Review computer record for accuracy. Maintain manual and electronic filing systems. Retrieves, reviews, and compiles data for reports as directed.

Maintain positive working relationships with patients by providing superior customer service.

**SUPERVISORY RESPONSIBILITIES:** This position does not exercise supervisory responsibilities.

**QUALIFICATIONS**: To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed are representative of the knowledge, skill, and/ or ability required.

15200 SHADY GROVE ROAD       PHONE: 301-417-2652        PHYSICAL THERAPY           PULMONARY REHABILITATION
SUITE 204                    FAX: 301-417-2653          OCCUPATIONAL THERAPY       SOCIAL WORK
ROCKVILLE, MARYLAND 20850    WWW.MONTGOMERYTHERAPY.COM  SPEECH THERAPY             NUTRITION SERVICES

 Services Accredited by the Commission on Accreditation of Rehabilitation Facilities

```
SC              REASON CODES INQUIRY            DT: 031306
PLAN REAS NARR EFF   MSN    EFF    TERM  EMC   HC/PRO PP  CC
IND  CODE TYPE DATE  REAS   DATE   DATE  ST/LOC ST/LOC    LOC
IND
1  5OPT2  E  051606        051606       S B6000 S B6000   E
TPTP A   B   NPCD A   B    HD CPY A 2 B 2 NB ADR 1  CAL DY 45 C/L L
----------------------------NARRATIVE----------------------------------
```

1. PHYSICIAN'S ORDER FOR EVALUATION SERVICES, INITIAL EVALUATION AND DATE
2. PHYSICIAN'S ORDER FOR THERAPEUTIC SERVICES (INCLUDE TYPE,AMOUNT,DURATION &
    FREQUENCY OF SERVICES)
3. PHYSCIAN'S INITIAL CERTIFICATION,SIGNED AND DATED.
4. PHYSCIAN'S RECERTIFICATION, IF APPLICABLE,TO COVER BILLING PERIOD, DATE
    AND SIGNED.
5. CLINICAL DOCUMENTATION OF DIAGNOSIS FOR WHICH EACH THERAPY IS RENDERED
6. INDIVIDUALIZED, DATED TREATMENT PLAN(INCLUDE LONG AND SHORT TERM GOALS,
    ESTIMATED LENGTH OF SERVICES, EXPECTED OUTCOME, MODALITIES)
7. TREATEMENT LOG OF SERVICES (INCLUDE UNITS, MINUTES OR START AND END TIME,
    REGION OF BODY BEING TREATED, SIGNATURE & TITLE OF INDIVIDUAL PROVIDING
    THE SERVICE).
8. PROGRESS NOTES TO SUPPORT MEDICAL NECESSITY OF SERVICES INCLUDING HOW THE
    PATIENT IS PROGRESSING TOWARD MEETING GOALS

        PROCESS COMPLETED --- NO MORE DATA THIS TYPE
PRESS PF3-EXIT  PF6-SCROLL FWD  PF8-NEXT