UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 06-122 (GK)** |
| ) | |
| **SANDRA CHESTON,** ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Motion for the Court to Order the Probation Office Not to Report her Conviction to her Employer, it is this _____ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that as long as Ms. Cheston continues to work in a job with no access to financial accounts or finances, the probation officer shall not report her conviction to her employer.

_____
HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE