UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-122 (GK) |
| ) | |
| SANDRA CHESTON, ) | |
| _____) | |

**FILED**
SEP 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of Defendant's *unopposed* Motion for the Court to Order the Probation Office Not to Report her Conviction to her Employer, it is this 12th day of Sept, 2006, hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that as long as Ms. Cheston continues to work in a job with no access to financial accounts or finances, the probation officer shall not report her conviction to her employer.

/s/ Gladys Kessler
HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE